**No. 60892.**—Browne Vintners Co., Inc., et al. *v.* United States, protests 278447–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States v. Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 60893.**—The Rosenthal Block China Corp. *v.* United States, protest 295635–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp. v. United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 60894.**—C. C. Ryder & Co., Inc. *v.* United States, protest 270853–K (New York).

Opinion by JOHNSON, J. It appearing that the protest was filed on April 26, 1955, and that the entry was liquidated on May 5, 1955, the protest was dismissed as untimely.

**No. 60895.**—Joseph C. Murray & Co. *v.* United States, protest 271745–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 60896.**—Automatic Toy Co. and F. L. Kraemer & Co. *v.* United States, protests 276140–K (A) and 276140–K (B) (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, effective July 1, 1955, the protests were dismissed for lack of prosecution.